While we do not propose to decide the worthlessness of the total indebtedness represented by four other notes not charged off in 1920, we believe that we might have been justified in finding from the facts adduced that the entire indebtedness of $125,500 was worthless in 1920 and that the charge-off of a portion thereof was deductible under the rule laid down in *Mason Machine Works Co.*, 3 B. T. A. 745; *Higginbotham-Bailey-Logan Co.*, 8 B. T. A. 566; and *Amigo Coal Co.*, 8 B. T. A. 598.

*Judgment will be entered under Rule 50.*

G. H. CONNELL, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18405.   Promulgated April 9, 1929.

*W. A. Bolinger, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

1310

##### OPINION.

LITTLETON: The decision in this proceeding is controlled by *J. H. Reese*, 15 B. T. A. 1261, in which similar facts and the same question were involved.

*Judgment will be entered for the petitioner.*

MRS. G. H. CONNELL, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18406.   Promulgated April 9, 1929.

*W. A. Bolinger, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.